JOSEPH W. COTCHETT (36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY (95217; pgregory@cpmlegal.com)
PAUL N. MCCLOSKEY (24541; pmccloskey@cpmlegal.com)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

JULIA OLSON (192642; jaoearth@aol.com)
WILD EARTH ADVOCATES
2985 Adams St.
Eugene, OR 97405
Tel: (541) 344-7066
Fax: (541) 344-7061

Thomas J. Beers
BEERS LAW OFFICES
234 E. Pine Street
PO Box 7968
Missoula, MT 59807-7968
406-728-4888
blo@montana.com

FILED
2011 SEP 22 P 3:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC L., by and through his Guardian Ad Litem VICTORIA LOORZ;<br>MADELEINE W., by and through her Guardian Ad Litem JANET WALLACE;<br>GARRETT S., by and through his Guardian Ad Litem VALERIE SERRELS;<br>GRANT S., by and through his Guardian Ad Litem VALERIE SERRELS;<br>ZOE J., by and through her Guardian Ad Litem NINA GROVE;<br>KIDS vs GLOBAL WARMING, a nonprofit; and,<br>WILDEARTH GAURDIANS, a nonprofit,<br><br>Plaintiffs, | Case No. C11-02203 EMC<br><br>**APPLICATION FOR ADMISION OF ATTORNEY *PRO HAC VICE*** |

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Page 1

1
2     vs.
3 LISA P. JACKSON, in her official capacity as Administrator of the UNITED STATES
4 ENVIRONMENTAL PROTECTION AGENCY, a federal agency;
5 KENNETH L. SALAZAR, in his official capacity as Secretary of the UNITED STATES
6 DEPARTMENT OF INTERIOR, a federal agency;
7 THOMAS J. VILSACK, in his official capacity as Secretary of the UNITED STATES
8 DEPARTMENT OF AGRICULTURE, a federal agency;
9 GARY F. LOCKE, in his official capacity as Secretary of the UNITED STATES
10 DEPARTMENT OF COMMERCE, a federal agency;
11 STEVEN CHU, in his official capacity as Secretary of the UNITED STATES
12 DEPARTMENT OF ENERGY, a federal agency;
13 LEON E. PANETTA, in his official capacity as Secretary of the UNITED STATES
14 DEPARTMENT OF DEFENSE, a federal agency;
15
16     Defendants.

Pursuant to civil L.R. 11-3, Thomas J. Beers, is a resident of Montana and is not engaged in the practice of Law in California. I am an active member in good standing of the bar of the State of Montana, Montana Federal District Court, 9th Circuit Court of Appeals and the United States Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the above named Plaintiffs in the above entitled action.

In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United State Court or of the highest court of another State or the District of Columbia, as indicated above;

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Page 2

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case filing and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> PHILIP L. GREGORY (95217; pgregory@cpmlegal.com)
> **COTCHETT, PITRE & McCARTHY, LLP**
> San Francisco Airport Office Center
> 840 Malcolm Road
> Burlingame, CA 94010
> Tel: (650)697-6000
> Fax: (650)697-0577

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 19, 2011

_____
Thomas J. Beers

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***