JOSEPH W. COTCHETT (36324; jcotchett@cpmlegal.com)
PHILIP L. GREGORY (95217; pgregory@cpmlegal.com)
PAUL N. MCCLOSKEY (24541; pmccloskey@cpmlegal.com)
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577

JULIA A. OLSON (192642; jaoearth@aol.com)
**WILD EARTH ADVOCATES**
2985 Adams St.
Eugene, OR 97405
Tel: (541) 344-7066
Fax: (541) 344-7061

THOMAS J. BEERS (Mt. State Bar #95, *pro hac vice*
blo@montana.com )
**BEERS LAW OFFICES**
234 E. Pine
P.O. Box 7968
Missoula, MT 59807-7968
Telephone: (406) 728-4888
Facsimile: (406) 728-8445

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEC L., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LISA P. JACKSON, et al. <br><br> Defendants. | Case No. C11-02203 EMC <br><br> **NOTICE OF APPEARANCE OF THOMAS J. BEERS** *PRO HAC VICE* |

    Pursuant to Order Granting Application for Admission of Attorney *Pro Hac Vice*, signed by Judge Edward M. Chen on October 3, 2011, (Docket No.53 – Order attached) notice is hereby given of the entry of the undersigned as counsel *Pro Hac Vice* for Plaintiffs in the above-entitled action.

1

**Notice of Appearance of Thomas J. Beers** *Pro Hac Vice*

                                                Respectfully submitted,

Dated: October 7, 2011               **BEERS LAW OFFICES**


                                          By:       /s/Thomas J. Beers_____
                                                        THOMAS J. BEERS
                                                        *Attorneys for Plaintiffs*