**United States District Court**
For the Northern District of California

1
2
3
4
5 UNITED STATES DISTRICT COURT
6 NORTHERN DISTRICT OF CALIFORNIA
7
8 ALEC L., *et al.*,  No. C-11-2203 EMC
9     Plaintiffs,
10   v.  **ORDER PARTIALLY GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF AND SETTING HEARING DATE FOR DEFENDANTS' MOTION TO TRANSFER AND RESETTING HEARING DATES FOR (1) PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; (2) DEFENDANTS' MOTION TO DISMISS; (3) INTERVENOR'S MOTION TO INTERVENE; (4) INTERVENOR'S MOTION TO DISMISS; AND (5) PLAINTIFFS' MOTION TO STRIKE**
11 LISA P. JACKSON, *et al.*,
12     Defendants.
13 _____/
14
15
16
17 **(Docket No. 96)**
18
19     This Court hereby partially **GRANTS** Defendants' Motion for Administrative Relief to Set
20 Hearing on Defendants' Motion to Transfer Venue for Same Time as Hearing on Plaintiffs' Motion
21 for Preliminary Injunction. Docket No. 96.
22     Defendants' Motion to Transfer Venue is **set for November 30, 2011 at 3:45 p.m.** before
23 District Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate
24 Avenue, San Francisco, CA 94102. Plaintiffs' Opposition to Defendants' Motion to Transfer Venue
25 is due by 5:00 p.m., November 18, 2011, and Defendants' Reply is due by 5:00 p.m., November 22,
26 2011.
27     Plaintiffs' Motion for Preliminary Injunction, Defendants' Motion to Dismiss, Intervenor's
28 Motion to Intervene, Intervenor's Motion to Dismiss, and Plaintiffs' Motion to Strike are **reset for**

United States District Court
For the Northern District of California

**December 15, 2011, at 3:00 p.m.** before District Judge Edward M. Chen, Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

The briefing schedule for Plaintiffs' Motion for Preliminary Injunction is unchanged.

The briefing schedule for (1) Defendants' Motion to Dismiss, (2) Intervenor's Motion to Intervene, and (3) Intervenor's Motion to Dismiss is as follows: Plaintiffs' Opposition is due by 5:00 p.m., November 14, 2011, and Defendants' and Intervenor's Reply are due by 5:00 p.m., November 21, 2011.

The briefing schedule for Plaintiffs' Motion to Strike is as follows: Intervenor's Opposition is due by 5:00 p.m., November 18, 2011, and Plaintiff's Reply is due by 5:00 p.m., November 25, 2011.

This order disposes of Docket No. 96.

IT IS SO ORDERED.

Dated: November 7, 2011

_____
EDWARD M. CHEN
United States District Judge