DANIEL M. GALPERN (*Pro Hac Vice Pending*)
Western Environmental Law Center
1216 Lincoln Street
Eugene, OR 97401
T: (541) 359-3243 / F: (541) 485-2457
Email: galpern@westernlaw.org

PAIGE M. TOMASELLI State Bar No. 237737
Center for Food Safety
303 Sacramento St., 2nd Floor
San Francisco, CA 94111
T: (415) 826-2770 / F: (415) 826-0507
Email: ptomaselli@icta.org

*Counsel for Amicus Curiae*


### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION


| | |
|---|---|
| ALEC L., *et al.*, | ) Case No.: 3:11-cv-02203 EMC |
|      Plaintiffs, | ) |
| vs. | ) **MOTION FOR LEAVE TO FILE BRIEF** |
| | ) **AMICUS CURIAE** |
| LISA JACKSON, *et al.*, | ) |
|      Defendants. | ) **(Hon. Edward Chen)** |
| | ) |
| | ) |
| | ) |
| | ) |

1    Pursuant to Civil Local Rule 7-11, Dr. James E. Hansen ("Proposed Amicus")

2   respectfully moves this Court for leave to file a brief amicus curiae in support of Plaintiffs'

3   motion for preliminary injunction in this action. A copy of the proposed amicus brief is attached

4   as Exhibit A to this motion. Counsel for Proposed Amicus sought Plaintiffs' and Defendants'

5   consent to the filing of this brief under Rule 7-11(a). Plaintiffs have advised that they consent.

6   Defendants have advised that they reserve the right to object to consent after the brief has been

7   filed.  Declaration from Amicus Counsel Dan Galpern certifying the above is attached as Exhibit

8   B. As well, a Proposed Order accompanies this motion pursuant to Rule 7-11(a).

9    In support of this motion, Proposed Amicus states as follows:

10    1.   Proposed Amicus Curiae Dr. James Hansen directs the NASA Goddard Institute for

11   Space Studies in New York City and is an Adjunct Professor of Earth Sciences at Columbia

12   University's Earth Institute. He was trained in physics and astronomy in the space science

13   program of Dr. James Van Allen at the University of Iowa, receiving his Ph. D. in physics in

14   1967. Since the mid-1970s, Dr. Hansen has focused on computer simulations and studies of the

15   Earth's climate, for the purpose of understanding the human impact on global climate. Dr.

16   Hansen's testimony to Congress in the 1980s helped raise broad awareness of the global

17   warming issue. In recent years Dr. Hansen has drawn attention to the danger of passing climate

18   tipping points, producing irreversible climate impacts that would yield a different planet from the

19   one on which civilization developed. As part of his work in recent years, Dr. Hansen has outlined

20   steps that are needed to stabilize climate, with a cleaner atmosphere and ocean.

21    2.   Plaintiffs in this case seek a preliminary injunction to ensure that Defendants in this

22   matter submit to the Court a plan to preserve the climate system, including a cap on $CO_2$

23   emissions at 2011 levels by 2013, and emissions reductions thereafter by a minimum of 6%

24   annually. That prescription is consistent with scientific understanding of what is minimally

25   needed to avert truly dangerous climate change and preserve the physical status quo of a

26   habitable climate system.

27    3.   Proposed Amicus Hansen offers this brief to the Court as an aid to the Court's

28

1  deliberation over whether the relief sought by plaintiffs in their motion for preliminary injunction

2  is needed to preserve a climate system that is conducive to the survival and wellbeing of our

3  children and their progeny.

4

5  **WHEREFORE**, Proposed Amicus Curiae Dr. James Hansen respectfully asks the Court to grant

6  this motion for leave to file its brief amicus curiae with regard to the Court's deliberation over

7  Plaintiffs' Motion for Preliminary Injunction.

8      Respectfully submitted this 14th day of November, 2011.

9

10          /s/
        DANIEL M. GALPERN (*Pro Hac Vice Pending*)

11          Western Environmental Law Center
        1216 Lincoln Street

12          Eugene, OR 97401
        T: (541) 359-3243 / F: (541) 485-2457
        E-mail: galpern@westernlaw.org

13

14          PAIGE M. TOMASELLI State Bar No. 237737
        Center for Food Safety

15          303 Sacramento Street, 2nd Floor
        San Francisco, CA 94111

16          T: (415) 826-2770 / F: (415) 826-0507
        Emails: ptomaselli@icta.org

17

18          *Counsel for Amicus Curiae*

19

20

21

22

23

24

25

26

27

28

CASE NO.: 3:11-CV-02203 EMC
MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE     3