**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALEC L., *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>LISA P. JACKSON, *et al.*,<br><br>   Defendants,<br><br>DELTA CONSTRUCTION COMPANY, INC, *et al*., and<br><br>THE NATIONAL ASSOCIATION OF MANUFACTURERS,<br><br>   Defendant-Intervenors. | Civil Action No. 1:11-cv-02235 (RLW) |

**PLAINTIFFS' MOTION FOR RECONSIDERATION**

By this Motion, Plaintiffs respectfully request this Court reconsider its May 31, 2012 Memorandum Opinion dismissing Civil Action No. 1:11-CV-02235 (RLW) pursuant to Federal Rules of Civil Procedure 59(e) and deny the Motions to Dismiss.  Reconsideration is necessary in order to prevent manifest injustice where Plaintiffs have been deprived of the opportunity to fully brief their claims under the federal Public Trust Doctrine.  *See Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996).

In the alternative, Plaintiffs respectfully request an opportunity to fully brief the Constitutional bases for their claims under the federal Public Trust Doctrine, including briefing on *PPL Montana, LLC v. Montana*, 565 U.S. ---, 132 S.Ct. 1213 (2012) and *American Electric Power Co. v. Connecticut*, 564 U.S. --, 131 S. Ct. 2527 (2011).  Plaintiffs further request leave to file a second amended complaint to address any of the deficiencies the Court has found.  In support of their motion, Plaintiffs provide the following:

On July 27, 2011, Plaintiffs filed an Amended Complaint.

On October 31, 2011, the Federal Defendants filed their Motion to Dismiss.

On November 14, 2011, Plaintiffs filed their opposition papers.

On November 21, 2011, Defendants filed their reply papers.  There was no further briefing on the Federal Defendants' Motion to Dismiss.

On October 31, 2011, the National Association of Manufacturers ("NAM") filed its Motion to Dismiss.

On November 14, 2011, Plaintiffs filed their opposition papers.

On November 21, 2011, the NAM filed its reply papers.

On November 14, 2011, James Hansen filed a Motion to File an *Amicus Curiae* Brief in support of Plaintiffs.  This Motion was never decided by the Court.

On December 7, 2011, twenty-two law professors filed a Motion to File an *Amicus Curiae* Brief in support of Plaintiffs. This Motion was never decided by the Court.

On February 22, 2012, the Supreme Court issued its decision in *PPL Montana, LLC v. Montana*. Prior briefing had not raised the issues addressed by *PPL Montana*.

On March 5, 2012, the Court held a telephonic status conference. When presented with the question of whether additional briefing was needed on the pending Motions to Dismiss, neither the Federal Defendants nor the Defendant-Intervenors mentioned the need to brief *PPL Montana*.

On April 2, 2012, the Delta Defendant-Intervenors filed a Motion to Dismiss, which did not mention the *PPL Montana* case.

On April 14, 2012, Plaintiffs filed their opposition papers.

On April 23, 2012, Delta Defendant-Intervenors and the NAM Defendant Intervenor filed a consolidated reply, which was the first and only time *PPL Montana* was addressed in any of the briefing by the parties. No briefing on *PPL Montana* from either Plaintiffs or the Federal Defendants was before the Court.

On April 23, 2012, four law professors filed a Motion for Leave To File an *Amicus Curiae* Brief in support of Defendants' Motion To Dismiss ("Huffman Amicus"), which primarily relied on *PPL Montana*.

On April 25, 2012, the Court granted the motion.

On May 2, 2012, Plaintiffs filed a Motion for Leave to File Plaintiffs' Memorandum of Points and Authorities in Response to Brief of *Amicus Curiae* Huffman, *et al*. The brief attached to Plaintiffs' motion was the first opportunity Plaintiffs had to address *PPL Montana*.

On May 4, 2012, the Court denied Plaintiffs' Motion in a Minute Order. As a result, no briefing from Plaintiffs on *PPL Montana* was before the Court for purposes of the Motions to Dismiss. It was not until Defendants-Intervenors filed their consolidated reply (and the Huffman Amicus brief was filed) that any party or amicus advocated that *PPL Montana* was dispositive. Thus, because the issues raised in *PPL Montana* were not the subject of any moving papers, Plaintiffs never briefed *PPL Montana.*

On May 31, 2012, without the benefit of briefing by Plaintiffs on *PPL Montana* and the constitutional bases for the federal Public Trust Doctrine, the Court entered its Memorandum Opinion dismissing Civil Action No. 1:11-CV-02235.

On June 28, 2012, counsel for Plaintiffs informed counsel for the Federal Defendants and counsel for Defendants-Intervenors, by email and voicemail, that Plaintiffs intended to file this Motion for Reconsideration, and requested their clients' position on the motion. Counsel for Defendant-Intervenor the NAM, Joseph R. Guerra, indicated NAM does not consent to this motion. Counsel for Defendants-Intervenors Delta, Ted Hadzi-Antich, indicated Delta does not consent to this motion. The Federal Defendants did not provide their clients' position on this motion before it was filed.

This Motion for Reconsideration is based on the Memorandum of Points and Authorities, any oral or documentary evidence or arguments as may be requested by the Court, and any other information the Court deems necessary and proper.

WHEREFORE, Plaintiffs respectfully request the Court grant Plaintiffs' Motion for Reconsideration and enter the corresponding Proposed Order.

Respectfully submitted,

Date: June 28, 2012

      */s/ Philip L. Gregory* _____
PHILIP L. GREGORY (*pro hac vice*;
pgregory@cpmlegal.com)
JOSEPH W. COTCHETT (D.C. Bar No. 325498;
jcotchett@cpmlegal.com)
COTCHETT, PITRE & McCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

JULIA A. OLSON (*pro hac vice*;
jaoearth@aol.com)
WILD EARTH ADVOCATES
2985 Adams St.
Eugene, OR 97405
Telephone: (541) 344-7066
Facsimile: (541) 344-7061

TANYA SANERIB (D.C. Bar No. 473506;
tanya@crag.org)
CRAG LAW CENTER
917 SW Oak St., Suite 417
Portland, OR 97205
Telephone: (203) 525-2722
Facsimile: (503) 296-5454

THOMAS J. BEERS
(*pro hac vice*;
blo@montana.com)
BEERS LAW OFFICES
234 E. Pine
P.O. Box 7968
Missoula, MT  59807-7968
Telephone: (406) 728-4888
Facsimile: (406) 728-8445